**UNITED STATES DISTRICT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARAS DWAYNE RICHARDSON,<br><br>              Plaintiff,<br><br>v.<br><br>CONAGRA FOODS ENTERPRISE SERVICES, INC., a Delaware corporation; CORPORATION BRANDS, INC., a Delaware corporation; CONAGRA FOODS PACKAGED FOODS, LLC, a Delaware limited liability company,<br>              Defendants. | Case No. 2:24-cv-01462-JAM-AC<br><br>**ORDER TO DISMISS DEFENDANT SCOTT DOE re: STIPULATION (ECF No. 9)** |

The Court has received and reviewed the Stipulation to Dismiss Defendant Scott Doe ("Stipulation"). The Court **GRANTS** the Stipulation and dismisses Defendant Scott Doe with prejudice. Each party to bear their own attorneys' fees and costs.

ORDER

Furthermore, this action, including any counterclaims, cross-claims, and third party complaints is hereby **DISMISSED** as to all DOE or other fictitiously-named defendants.

**IT IS SO ORDERED.**

Dated: June 06, 2024        /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            SENIOR UNITED STATES DISTRICT JUDGE